MATTHEW R. EASON (SBN 160148)
matthew@capcitylaw.com
ERIN M. SCHARG (SBN285311)
erin@capcitylaw.com
Eason & Tamborini, A Law Corporation
1234 H Street, Suite 200
Sacramento, CA  95814
Telephone:  (916) 438-1819
Facsimile:  (916) 438-1820

Attorneys for Plaintiff
MICHAEL DROST

JOHN F. BAUM (SBN 148366)
jbaum@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
505 Montgomery Street 13th Floor
San Francisco, CA  94111
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443

FERRY E. LOPEZ (SBN 274080)
flopez@hkemploymentlaw.com
BENJAMIN J. TREGER (SBN 285283)
btreger@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, CA  90401
Telephone:  (310) 255-0705
Facsimile: (310) 255-0986

Attorneys for Defendant
SHERATON OPERATING
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DROST,<br><br>Plaintiff,<br><br>v.<br><br>SHERATON OPERATING CORPORATION, and DOES 1-100 inclusive,<br><br>Defendants. | Case No.  2:18-cv-02000-MCE-KJN<br><br>**JOINT DISCOVERY PLAN PURSUANT TO FED. R. CIV. P. 26(f)**<br><br>Hon. Morrison C. England, Jr.  (Rm. 14/7)<br><br>State Court Case No.: 34-2018-00233723<br>Hon. Kevin R. Culhane - Dept 23<br><br>Complaint Filed: May 25, 2018 |

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Honorable Morrison C. England, Jr.'s Initial Pretrial Scheduling Order, and Local Rule 240(a) and (b), Plaintiff Michael Drost ("Plaintiff") and Defendant Sheraton Operating Corporation ("Defendant") (collectively "the Parties") hereby submit their Joint Discovery Plan to the Court, which was prepared following the meeting of counsel which occurred on September 13, 2018, between counsel for Plaintiff (Matthew Eason of Eason & Tamborini, A Law Corporation) and counsel for Defendant (Ferry E. Lopez of Hirschfeld Kraemer LLP).  During the meeting, counsel for Plaintiff and Defendant considered the nature and basis of Plaintiff's claims and Defendant's defenses, developed a discovery plan, and discussed the other issues outlined in Rule 26(f)(3), the Chambers' Orders and Local Rule 240.

I.     **DISCOVERY PLAN PURSUANT TO FRCP 26(F)(3):**

     A.     **Changes/Timing Regarding Disclosure:**

The parties prefer that no changes be made in the form or requirement for initial disclosures under Rule 26(a), which is **October 2, 2018.**

     B.     **Subjects on Which Discovery May Be Needed and Discovery Completion Date:**

        1. **Discovery Subjects**

The parties intend to propound written discovery on the subject matters raised in the Complaint and the Answer and are in the process of coordinating deposition dates.

*Plaintiff:*  Plaintiff anticipates seeking discovery on the following subjects:

1.     The hours worked by the Plaintiff;

2.     The time records regarding the Plaintiff, and changes made thereto;

3.     The meal and rest breaks provided to the Plaintiff;

*Defendant:* Defendant will conduct discovery on the following general issues:

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

1.   Plaintiff's allegations that Defendant failed to pay him overtime wages;

2.   Plaintiff's allegations that Defendant failed to accurately record and pay him for all hours worked;

3.   Plaintiff's allegations that he was not provided with uninterrupted meal and rest breaks;

4.   Plaintiff's allegations that Defendant was engaged in unfair business practices;

5.   Plaintiff's employment history prior to working for Defendant; and

6.   The damages Plaintiff allegedly incurred.

**2. Discovery Completion Date:**

Pursuant to the Court's Initial Pre-Trial Scheduling Order, discovery shall be completed by **July 19, 2019** and expert disclosures shall be exchanged by **September 17, 2019**.

**C.**   <u>**Disclosure and Discovery of Electronic Information:**</u>

The parties do not anticipate any problems with the disclosure, preservation, or discovery of electronic information.

**D.**   <u>**Claims of Privilege and Protection:**</u>

The parties intend to assert the traditional claims of attorney-client privilege and the work product doctrine, as appropriate.

**E.**   <u>**Changes in Discovery Limitations.**</u>

The parties do not intend to seek changes to the discovery limitations.  In the event that the issue arises, the parties will attempt to reach a resolution without court intervention.

**F.**   <u>**Other Orders.**</u>

The parties do not presently anticipate a need for other orders under the Federal Rules of Civil Procedure or the Court's Local Rules.

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

## II.    SCHEDULE

### A.    Dispositive Motions

Pursuant to the Court's Initial Pre-Trial Scheduling Order, the deadline to file dispositive motions is **January 15, 2020**.

### B.    Trial Estimate

The parties estimate that the trial will last five (5) court days, allocating two and a half (2 1/2) court days for each side's case-in-chief.

John F. Baum and Ferry E. Lopez, counsel for Defendant, and Matthew Eason and Erin Scharg, counsel for Plaintiff will try the case.

Respectfully submitted by:


Dated:  October 2, 2018                              EASON & TAMBORINI, A LAW
                                                                      CORPORATION


                                                     By: */s/ Matthew R. Eason*
                                                             Matthew R. Eason
                                                             Erin M. Scharg

                                                     Attorney for Plaintiff
                                                     MICHAEL DROST

Dated:  October 2, 2018                              HIRSCHFELD KRAEMER LLP


                                                     By: */s/ John F. Baum*
                                                             John F. Baum
                                                             Ferry E. Lopez
                                                             Benjamin J. Treger
                                                     Attorneys for Defendant
                                                     SHERATON OPERATING
                                                     CORPORATION

JOINT DISCOVERY PLAN
CASE NO.:  2:18-CV-02000-MCE-KJN

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO